IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02582-RM-MJW

CHAD J. CLARK and
MEGHAN CLARK, individuals,

Plaintiff(s),

v.

STRYKER CORPORATION, a Michigan Corporation and
STRYKER SALES CORPORATION, a Michigan Corporation,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the plaintiffs' Motion for Leave to Appear by Telephone (Docket No. 27) is granted.  Plaintiffs' counsel may appear at the Scheduling Conference on December 5, 2013, at 10:00 a.m. by telephone.  The court previously granted permission for out-of-state national counsel for defendants to appear by telephone.  The court needs all counsel who are appearing by telephone to be on one conference call to the court in order to transfer the call into the courtroom for the Scheduling Conference.  Therefore, plaintiffs' counsel shall contact defense counsel to arrange such a conference call.  Once all such counsel are on the line for the conferene, they shall then call the court at (303) 844-2403.

Date: December 3, 2013